**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LAXALT LAW GROUP**
9790 Gateway Dr #200
Reno, NV 89521
Phone: (775) 322-1170
Email: rbruch@laxaltlaw.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH DRAKE, an individual;<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF ELKO, a political subdivision of the State of Nevada;<br><br>Defendants. | Case No: 3:26-cv-00802-MMD-CSD<br><br>**STIPULATION AND ORDER GRANTING DEFENDANT TIME TO RESPOND TO FIRST AMENDED COMPLAINT UP TO AND INCLUDING DECEMBER 7, 2026 (First Request)** |

The Parties through their counsel of record, Hatfield & Associates through TREVOR HATFIELD, ESQ., on behalf of Plaintiff, and Laxalt Law Group through REBECCA BRUCH, ESQ., on behalf of Defendant, by REBECCA BRUCH, ESQ., hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, to extend the time for Defendant to answer or otherwise respond to the Complaint, and in support state as follows:

1. Plaintiff filed the Complaint in this action on or about October 14, 2026 (the "Complaint") (ECF No. 1) and filed a First Amended Complaint on or about October 23, 2026 (ECF No. 4). Defendant's current deadline to answer or otherwise respond to the Complaint is November 16, 2026.

2. The parties stipulate and agree that Defendant's time to answer or otherwise respond to the Complaint be extended from November 16, 2026, up to and including December 7, 2026, an extension of three weeks.



LAXALT LAW GROUP
ATTORNEYS AT LAW
9790 GATEWAY #200
RENO, NEVADA 89521

3. Good cause exists for the requested extension. Defendant recently retained undersigned counsel, who requires additional time to investigate the allegations of the Complaint and prepare an appropriate response. Once Defendant has had an opportunity to review the case with counsel, Defendant will be prepared to discuss settlement with Plaintiff and her counsel. The parties bring this stipulation in good faith and not for purposes of delay.

4. This is the first stipulation or request to extend Defendant's deadline to respond to the First Amended Complaint. No prior extensions of this deadline have been requested or granted.

5. This stipulation and extension does not constitute a waiver of any claim, right, objection, or defense of any party, all of which are expressly reserved.

[Remainder of page left intentionally blank.]

LAXALT LAW GROUP
ATTORNEYS AT LAW
9790 GATEWAY #200
RENO, NEVADA 89521

The requested extension will not affect any other date or deadline set in this case.

DATED this 13th day of November, 2026.

**HATFIELD & ASSOCIATES, LTD.**
By: */s/Trevor J. Hatfield*________
**TREVOR J. HATFIELD, ESQ**. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
Attorneys for Plaintiff

**LAXALT LAW GROUP**
By: */s/Rebecca Bruch*________
**REBECCA BRUCH, ESQ.**
9790 Gateway Dr. #200
Reno, NV 89521
(775) 322-1170
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of November, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE